UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 3D SYSTEMS, INC., | ECF CASE |
| Plaintiff, | Civil Action No. 1:13-cv-07973-RWS |
| v. | District Judge Robert W. Sweet |
| FORMLABS, INC, | |
| Defendant. | |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff 3D Systems, Inc. and Defendant Formlabs, Inc. hereby agree, as indicated by the signatures of their respective counsel below, to entry of an Order dismissing all claims and counterclaims in this action with prejudice, with each party to bear its own costs, expenses, and attorney fees.

Dated:  December 1, 2014                                Respectfully submitted,

_/s/ Charles P. Kennedy_                                _/s/ Michael A. Albert_

Charles P. Kennedy (#1034735)                           Michael A. Albert (*pro hac vice*)
CKennedy@ldlkm.com                                      malbert@wolfgreenfield.com
Sidney David (*pro hac vice*)                           Gregory F. Corbett (*pro hac vice*)
SDavid@ldlkm.com                                        gcorbett@wolfgreenfield.com
Jonathan A. David (*pro hac vice*)                      Nathan R. Speed
JDavid@ldlkm.com                                        nspeed@wolfgreenfield.com
Brian R. Tomkins (*pro hac vice*)                       Joshua J. Miller
BTomkins@ldlkm.com                                      jmiller@wolfgreenfield.com
Andrew T. Lane (*pro hac vice*)                         **WOLF, GREENFIELD & SACKS, P.C.**
ALane@ldlkm.com                                         600 Atlantic Avenue
**LERNER, DAVID, LITTENBERG,**                          Boston, MA 02210
**  KRUMHOLZ & MENTLIK, LLP**                           Phone:     (617) 646-8000
600 South Avenue West                                   Facsimile: (617) 646-8646
Westfield, NJ 07070
Tel:  908.654.5000                                      *Attorneys for Defendant Formlabs, Inc.*
Fax:  908.654.7866

*Attorneys for Plaintiff 3D Systems, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| 3D SYSTEMS, INC., | : | ECF CASE |
| | : | |
| Plaintiff, | : | Civil Action No. 1:13-cv-07973-RWS |
| v. | : | |
| | : | District Judge Robert W. Sweet |
| FORMLABS, INC, | : | |
| | : | |
| Defendant. | : | |
| | x | |

### [PROPOSED] ORDER

The parties hereto having advised the Court that they have resolved the matters between them and agreed to entry of this Order.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. All claims and counterclaims in the above-captioned action are dismissed with prejudice.

2. Each party shall bear its own costs, expenses, and attorney fees.

SO ORDERED:


Dated: _____          _____
       New York, New York                Robert W. Sweet
                                         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on December 1, 2014, a true and correct copy of the foregoing was electronically filed via the U.S. District Court CM/ECF and served via ECF to all counsel of record.

s/ Charles P. Kennedy
Charles P. Kennedy
