UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| 3D SYSTEMS, INC., | : | ECF CASE |
| | : | |
| Plaintiff, | : | Civil Action No. 1:13-cv-07973-RWS |
| v. | : | |
| | : | District Judge Robert W. Sweet |
| FORMLABS, INC, | : | |
| | : | |
| Defendant. | : | |
| | x | |

### [PROPOSED] ORDER

The parties hereto having advised the Court that they have resolved the matters between them and agreed to entry of this Order.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. All claims and counterclaims in the above-captioned action are dismissed with prejudice.

2. Each party shall bear its own costs, expenses, and attorney fees.

SO ORDERED:

Dated: 12-2-14
New York, New York

_____
Robert W. Sweet
United States District Judge

Stipulated Dismissal With Prejudice.docx          2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/14